■ WM. SCHUTT & ASSOCIATES ENGINEERING & LAND SURVEYING P.C., Respondent, v ST. BONAVENTURE UNIVERSITY et al.,

Defendants, and JAMES W. MANGUSO, Doing Business as LAUER-MANGUSO & ASSOCIATES ARCHITECTS, Appellant. [60 NYS3d 912]—Motion for reargument be and the same hereby is granted in part and, upon reargument, the memorandum and order entered June 9, 2017 (151 AD3d 1634 [2017]) is amended by deleting "St. Bonaventure" from the eighth sentence of the memorandum and substituting "defendant Bonaventure Square, LLC." Present—Whalen, P.J., Carni, NeMoyer, Curran and Troutman, JJ.